IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

JEANETTE "SUE" BARNES,

    Plaintiff,

v.

                No.: 10-1260

TENNESSEE PERSONAL ASSISTANCE, INC.,   JURY DEMANDED

    Defendant.

---

## REPORT AND RECOMMENDATION

On referral to the Magistrate Judge [D.E. 27] for report and recommendation is Plaintiff's motion for a default judgment [D.E. 23], on the basis of the corporate Defendant's failure to retain an attorney within 30 days as ordered by the District Court [D.E. 20]. After a status conference with all attorneys, the Magistrate Judge finds that the Defendant now has retained the services of attorney Nathan Pride and recommends that the District Court deny the motion as moot.

  Respectfully Submitted,

              <u>s/Edward G. Bryant</u>
              EDWARD G. BRYANT
              UNITED STATES MAGISTRATE JUDGE

              Date: **<u>November 1, 2011</u>**

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT AND RECOMMENDATIONS MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT AND RECOMMENDATIONS. 28 U.S.C. § 636(b)(1). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**