IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JEANETTE "SUE" BARNES,

    Plaintiff,

v.                                    No. 10-1260

TENNESSEE PERSONAL ASSISTANCE, INC.,

    Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DENYING MOTION FOR DEFAULT JUDGMENT AS MOOT
_____

    Before the Court is the motion of the Plaintiff, Jeanette "Sue" Barnes, for entry of default judgment against the Defendant, Tennessee Personal Assistance, Inc. (D.E. 23.) Pursuant to an order of reference, the magistrate judge entered a report and recommendation on November 1, 2011 recommending the motion be denied as moot. (D.E. 34.) No objections to the report and recommendation have been filed and the time for such objections has expired. Upon review of the parties' submissions, the magistrate judge's report and recommendation, and other matters before the Court, the report and recommendation is hereby ADOPTED and the Plaintiff's motion for default judgment is DENIED as moot.

    IT IS SO ORDERED this 21st day of November 2011.

                                          s/ J. DANIEL BREEN
                                          UNITED STATES DISTRICT JUDGE